```
                                    RECEIVED
                                    AND FILED

                                 2015 FEB 24  AM 10 24     

                                 U.S. BANKRUPTCY COURT
                                 MARY A. SCHOTT, CLERK
```

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In re | ) | Case No. BK-S-09-13565 LED |
|---|---|---|
| Royal Design, LLC | ) | IN PROCEEDINGS UNDER CHAPTER 7 |
| Debtor(s) | ) | NOTICE OF UNCLAIMED FUNDS |

TO:     Clerk, United States Bankruptcy Court

FROM:   William A. Leonard, Jr., Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 1 | Holding Family Trust<br>35 Stratford Pl<br>Kennebunk ME 04043 | | $ 221.44 |
| 10 | Delia Engh<br>861 Cline Cellars Ave<br>Las Vegas NV 89123 | | $ 2,466.38 |
| 8 | Marie Thomas<br>8044 Radigan Ave<br>Las Vegas NV 89131 | | $ 86.63 |
| 9 | Marie Thomas<br>8044 Radigan Ave<br>Las Vegas NV 89131 | | $ 86.63 |
| | Sub-Totals | $ 0.00 | $ 2,861.08 |
| | Total check | | $ 2,861.08 |

Date:   December 22, 2014

_____
Trustee William A. Leonard, Jr.

# 221035   $ 2861.08